# EXHIBIT A

| STATE OF NORTH CAROLINA | File No. 18 CVS 142 18 CVS |
|---|---|
| Moore County | In The General Court Of Justice<br>☐ District ☒ Superior Court Division |

| Name Of Plaintiff | |
|---|---|
| Rivercliff Properties, Inc. | **CIVIL SUMMONS**<br>☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)<br>G.S. 1A-1, Rules 3, 4 |
| Address | |
| City, State, Zip | |
| **VERSUS** | |
| Name Of Defendant(s)<br>SCOTTSDALE INSURANCE COMPANY | Date Original Summons Issued |
| | Date(s) Subsequent Summons(es) Issued |

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| SCOTTSDALE INSURANCE COMPANY<br>c/o Mike Causey, Insurance Commissioner as Registered Agent<br>1201 Mail Service Center<br>Raleigh NC 27699 | |

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)<br>T. Dean Amos and Dawn A. Hanzlik-Hexemer<br>Law Offices of Amos & Kapral<br>1331 N. Center Street<br>Hickory NC 28601 | Date Issued 2-9-18 | Time 2:17 | ☐ AM ☐ PM |
|---|---|---|---|
| | Signature<br>☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | | |

| ☐ ENDORSEMENT (ASSESS FEE)<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time | ☐ AM ☐ PM |
|---|---|---|---|
| | Signature<br>☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | | |

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

AOC-CV-100, Rev. 6/11 (Over)
© 2011 Administrative Office of the Courts

STATE OF NORTH CAROLINA                IN THE GENERAL COURT OF JUSTICE
                                       SUPERIOR COURT DIVISION
COUNTY OF MOORE                        FILE NO. 17 - CVS - 142

RIVERCLIFF PROPERTIES, INC.,  )
                              )
        *Plaintiff*,           )
v.                            )        **VERIFIED COMPLAINT**
                              )
SCOTTSDALE INSURANCE COMPANY, )
                              )
        *Defendant*.           )
                              )

NOW COMES the Plaintiff, Rivercliff Properties, Inc. ("Rivercliff Properties"), by and through counsel, and complaining of the Defendant, Scottsdale Insurance Company ("Insurance Company"), alleges, avers, and says:

1. Rivercliff Properties is a North Carolina business corporation with its principal office located in Southern Pines, Moore County, North Carolina and is therefore a resident of Moore County, North Carolina.

2. Plaintiff is informed, believes, and therefore alleges that Insurance Company is a corporation organized and existing under the laws of the State of Ohio, and authorized to do business in North Carolina.

3. Insurance Company issued to Plaintiff on or about the 19th day of February, 2015, an insurance policy (denoted by Insurance Company as Policy #CPS2146048) (the "Policy") which insured Plaintiff's property at 2779 Rivercliff Road, Fayetteville, North Carolina (the "Property") against fire.

4. Plaintiff paid to Insurance Company the premium due on the Policy.

5. The Policy was in force and effect on April 21, 2015 when the Property was destroyed by fire.

6. Plaintiff timely notified Insurance Company of the loss and commenced the claim process pursuant the Policy.

7. At the request of Insurance Company, the President and owner of Rivercliff Properties, Robert Lee Gore, Jr., participated in a recorded interview conducted by a Special Investigator of Insurance Company on May 6, 2015.

8. By letter dated May 8, 2015, Insurance Company acknowledged the claim for the fire loss submitted by Plaintiff under the Policy ("the Claim") and stated that Insurance Company has begun its investigation regarding the Claim under a reservation of Insurance Company's rights under the Policy.

9. Mr. Gore subsequently further submitted himself to an Examination Under Oath conducted by Insurance Company's counsel on August 10, 2015.

10. By letter dated January 13, 2016, Insurance Company denied the Claim based upon Insurance Company's conclusion that the greater weight of the evidence indicates that the Property was intentionally burned and Plaintiff participated directly or indirectly in its burning.

11. Plaintiff performed all of its duties under the Policy.

## FIRST CLAIM FOR RELIEF
(Breach of Contract)

12. The allegations of paragraphs 1-11 are realleged and incorporated by reference as if fully set forth herein.

13. Plaintiff suffered an actual loss of the Property.

14. Insurance Company is obligated to compensate Plaintiff for the Claim.

15. Insurance Company failed and refused to pay the Claim.

16. Plaintiff has suffered monetary damages under the Policy in excess of Twenty-Five Thousand Dollars ($25,000.00).

**PLAINTIFF DEMANDS TRIAL BY JURY AS TO ALL ISSUES SO TRIABLE.**

WHEREFORE, Plaintiff prays the Court to award it the full amount of its damages together with interest, costs and attorneys' fees from Insurance Company, and for such other and further relief as the Court deems just and proper.

This the 6th day of February, 2018.

Law Offices of Amos & Kapral, LLP

By: _____
Dawn A. Hanzlik-Hexemer
North Carolina Bar No. 45316
T. Dean Amos
North Carolina Bar No. 14024
Attorneys for Plaintiff
1331 N. Center Street
Hickory, North Carolina 28601
Telephone: (828) 855-3152
Fax: (828) 855-3154

2

# VERIFICATION

STATE OF NORTH CAROLINA

COUNTY OF MOORE

    **Robert Gore, Jr.**, first being duly sworn by law, deposes and says that he is the President of Rivercliff Properties, Inc., that he has read the foregoing Verified Complaint, and that the same is true of his own knowledge, except as to those matters and things therein stated or alleged upon information and belief, and as to those, he believes them to be true.

*/s/ Robert Gore, Jr.*
**ROBERT GORE, JR., PRESIDENT**

SWORN TO AND SUBSCRIBED before me this the 2nd day of February, 2018.

*/s/ Stacy B. Donathan*
NOTARY PUBLIC
My Commission Expires: 01/29/2019

> STACY B. DONATHAN
> Notary Public
> Moore County, NC
> My Commission Expires Jan. 29, 2019

3

| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | SUPERIOR COURT DIVISION |
| COUNTY OF MOORE | FILE NO. 18 - CVS - 142 |

Rivercliff Properties, Inc.,

    *Plaintiff,*

v.    **AFFIDAVIT OF SERVICE**

SCOTTSDALE INSURANCE COMPANY,

    *Defendant.*

STATE OF NORTH CAROLINA
COUNTY OF CATAWBA

    BEFORE ME, the undersigned authority, on this day personally appeared Dawn A. Hanzlik-Hexemer, who, being by me first duly sworn, deposes and says as follows:

    1.    Affiant is the attorney for Plaintiff in the above-entitled action.

    2.    The Summons was issued for Scottsdale Insurance Company, a copy of which is attached hereto as Exhibit "A."

    3.    A copy of the Summons and Complaint were deposited in the United States Postal Service for mailing certified mail, return receipt requested, addressed to Scottsdale Insurance Company, c/o Mike Causey, Insurance Commissioner, Registered Agent, 1201 Mail Service Center, Raleigh, NC 27699, with tracking number 7017 1000 0001 0353 8543.

    4.    Service was effectuated on Scottsdale Insurance Company on March 5, 2018 which was signed for, as evidenced by the confirmation of delivery attached hereto as Exhibit "B."

    FURTHER AFFIANT SAYETH NAUGHT.

_____
Dawn A. Hanzlik-Hexemer

SWORN TO AND SUBSCRIBED before me
this 13th day of March, 2018.

_____
Notary Public, State of North Carolina
My Commission Expires: 10-28-2020

[Notary Seal: BRITTANY L. MITCHELL, Notary Public, North Carolina, Alexander County, My Commission Expires 10-28-2020]

| STATE OF NORTH CAROLINA | | File No. 18CVS142 18 CVS |
| --- | --- | --- |
| Moore County | | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division |

| Name Of Plaintiff |
| --- |
| Rivercliff Properties, Inc. |
| Address |
| |
| City, State, Zip |
| |

**CIVIL SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3, 4

**VERSUS**

| Name Of Defendant(s) | Date Original Summons Issued |
| --- | --- |
| SCOTTSDALE INSURANCE COMPANY | |
| | Date(s) Subsequent Summons(es) Issued |
| | |

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
| --- | --- |
| SCOTTSDALE INSURANCE COMPANY<br>c/o Mike Causey, Insurance Commissioner as Registered Agent<br>1201 Mail Service Center<br>Raleigh    NC   27699 | |

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date Issued | Time | ☐ AM |
| --- | --- | --- | --- |
| T. Dean Amos and Dawn A. Hanzlik-Hexemer | 2-9-18 | 2:17 | ☐ PM |
| Law Offices of Amos & Kapral | Signature | | |
| 1331 N. Center Street | | | |
| Hickory    NC   28601 | ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

| ☐ ENDORSEMENT (ASSESS FEE)<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time | ☐ AM ☐ PM |
| --- | --- | --- | --- |
| | Signature | | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

AOC-CV-100, Rev. 6/11
© 2011 Administrative Office of the Courts

(Over)


EXHIBIT A







**SERVICE OF PROCESS**
Tel 919.716.6610   Fax 919.716.6757

March 9, 2018

Mr. T. Dean Amos
1331 North Center Street
Hickory, NC 28601

    Rivercliff Properties, Inc.
          vs.
    Scottsdale Insurance Company

Dear Mr. Amos:

    This acknowledges receipt of legal process in the referenced matter by a special deputy, duly appointed by me for such purpose. We are herewith enclosing the Department's receipt **#48657** in the amount of $10.00 for Service of Process, which was mailed on March 9, 2018.

    The process papers have been forwarded to the named insurance company.

                               MIKE CAUSEY
                               Commissioner of Insurance

                               Courtney H Ethridge
                               Special Deputy for
                               Service of Process

Enclosure

1201 MAIL SERVICE CENTER | RALEIGH, NC 27699-1201 | WWW.NCDOI.COM



## NC DEPARTMENT OF INSURANCE
MIKE CAUSEY · COMMISSIONER

**SERVICE OF PROCESS**
Tel 919.716.6610   Fax 919.716.6757

Rivercliff Properties, Inc.

vs.

Scottsdale Insurance Company

I, Courtney H Ethridge, a Special Deputy duly appointed for the purpose, do hereby accept service of the **Civil Summons** of Plaintiff's Rivercliff Properties, Inc. and adding Scottsdale Insurance Company as a Defendant, and acknowledge receipt of a copy of the same, together with a copy of the **Verified Complaint,** under the provision of the North Carolina General Statute Section 58-16-30 as process agent for Scottsdale Insurance Company.

This the 5th day of March, 2018.

MIKE CAUSEY
Commissioner of Insurance

*(signature)*

Courtney H Ethridge
Special Deputy for
Service of Process

1201 MAIL SERVICE CENTER | RALEIGH, NC 27699-1201 | WWW.NCDOI.COM