IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:18-cv-00197-LCB-JLW

| | |
|---|---|
| **RIVERCLIFF PROPERTIES, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SCOTTSDALE INSURANCE COMPANY,**<br><br>**Defendant.** | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Rivercliff Properties, Inc. and Defendant Scottsdale Insurance Company, hereby stipulate and agree to dismissal with prejudice of this entire action, including all claims and causes of action between them, with each party to bear its own attorney's fees and costs.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

Respectfully submitted this the 13th day of July 2018.

> */s/* Nathan A. Huff
> Kevin M. O'Brien
> N.C. Bar No.: 43373
> Nathan A. Huff
> N.C. Bar No.: 40626
> GlenLake One
> 4140 ParkLake Avenue
> Suite 100
> Raleigh, North Carolina 27612
> Telephone: 919-789-5300
> Telecopier: 919-789-5301
> obrienk@phelps.com
> nathan.huff@phelps.com
> *Attorneys for Scottsdale Insurance Company*
>
> /s/ Dawn A. Hanzlik Hexmer
> Dawn A. Hanzlik-Hexmer
> T. Dean Amos
> 1331 N. Center St.
> Hickory, NC 28601
> 828-885-3152
> *Attorneys for Plaintiff Rivercliff Properties, Inc.*

# CERTIFICATE OF SERVICE

I certify that on July 13, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Dawn A. Hanzlik-Hexmer
T. Dean Amos
1331 N. Center St.
Hickory, NC 28601
828-885-3152
*Attorneys for Plaintiff Rivercliff Properties, Inc.*

                    PHELPS DUNBAR LLP

                    */s/* Nathan A. Huff
                    Kevin M. O'Brien
                    N.C. Bar No.: 43373
                    Nathan A. Huff
                    N.C. Bar No.: 40626
                    GlenLake One
                    4140 ParkLake Avenue
                    Suite 100
                    Raleigh, North Carolina 27612
                    Telephone: 919-789-5300
                    Telecopier: 919-789-5301
                    obrienk@phelps.com
                    nathan.huff@phelps.com
                    *Attorneys for Scottsdale Insurance Company*